*Donald D. Dakers*, special public defender, in support of the petition.

*Proloy K. Das*, deputy assistant state's attorney, in opposition.

Decided May 12, 2004

STATE OF CONNECTICUT *v.* DANIEL PEREZ

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 100 (AC 23457), is denied.

*Francis T. Mandanici*, senior assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided May 12, 2004

IN RE DARIEN S.

The respondent's petition for certification for appeal from the Appellate Court, 82 Conn. App. 169 (AC 23748), is denied.

*James J. Connolly*, supervisory assistant public defender, in support of the petition.

*Michael Besso*, assistant attorney general, in opposition.

Decided May 12, 2004

STATE OF CONNECTICUT *v.* KEVIN MOORE

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 267 (AC 24197), is denied.